# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | |
| --- | --- | --- |
| Eric Hilton | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 16-13472 |

## PRAECIPE TO CHANGE ADDRESS

TO THE CLERK:

Please change the Debtors' address from: 717 Station Avenue Apt F-52 Bensalem, PA 19020

To: 144 Ocean Aisle Circle, Salisbury, Maryland 21804.

Thank you.

Date: November 21, 2017            BY: /s/ Brad J. Sadek, Esquire